IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANES SUBASIC, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court upon the filing of a second superseding indictment on 24 November 2010 (D.E. 670) adding counts twelve and thirteen against defendant Anes Subasic ("defendant"). In the event that defendant does not waive an initial appearance on these new charges[1] and in the interest of judicial economy and efficiency, the court will conduct an initial appearance on the new charges as part of the status conference already set in this case for Tuesday, 11 January 2011, at 10:00 a.m. in the fifth floor courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. Should respondent seek an earlier setting for the initial appearance, he may file an appropriate motion for such relief. The United States Marshal is DIRECTED to produce defendant for any initial appearance held on the new charges against him.

SO ORDERED, this 2nd day of December 2010.

James E. Gates
United States Magistrate Judge

---

[1] *See* Notice to Counsel Regarding Waiver for Initial Appearance on Superseding Indictment filed 1 December 2010. (D.E. 672).