IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-216-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PATRICK BOYD, a/k/a | ) | |
| "Saifullah;" | ) | |
| HYSEN SHERIFI; | ) | ORDER |
| ANES SUBASIC; | ) | |
| ZAKARIYA BOYD, a/k/a "Zak;" | ) | |
| DYLAN BOYD, a/k/a "Mohammed;" | ) | |
| MOHAMMAD OMAR ALY HASSAN; | ) | |
| and | ) | |
| ZIYAD YAGHI, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon its regular review of the docket. In order entered December 7, 2010 (DE # 678), the court directed each defendant to provide by January 10, 2011, a list of all individuals to whom sensitive but unclassified material has been or is anticipated to be disclosed.[1] If Memorandum of Understanding ("MOU") had not yet been executed and filed with regard to any individual, the same was to be filed by this deadline.

The court notes that defendants Subasic, Hassan, and Yaghi have not brought themselves into compliance with said order. The court, on its own initiative, ALLOWS an additional seven days within which these defendants may undertake the required action(s).

---

[1] The "individuals" included: investigators, interpreters, experts, third party witnesses or potential witnesses, or litigation support personnel, including transcriptionists.

SO ORDERED, this the 19th day of January, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

2