IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-CR-216-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANES SUBASIC, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the document filed by defendant Anes Subasic at docket entry 963. Construing this filing as a motion, the court shall hear argument on it at the status conference scheduled in this case for 17 May 2011. The government shall file a response to the filing no later than 9:00 a.m. on 17 May 2011.

SO ORDERED, this 13 day of May 2011.

James E. Gates
United States Magistrate Judge