IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-216-3FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ANES SUBASIC, ) | |
| Defendant. ) | |

This motion is before the undersigned on defendant's motion [DE #2081] for a new trial as to the immigration-related charges contained in Counts Twelve and Thirteen of the Indictment. Although it is not entirely clear from defendant's motion, he appears to be informing the court that he is unable to properly prepare his motion for a new trial on the above-stated counts because he is not currently in possession of all the appropriate legal materials.

Defendant's motion fails to give any meritorious reason for the granting of a new trial. Therefore, defendant's motion for a new trial as to Counts Twelve and Thirteen [DE #2081] is DENIED.

This 20th day of August 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26