IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:09-CR-216-FL-3

| | |
|---|---|
| ANES SUBASIC, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This case comes before the court on a motion (D.E. 2252) by pro se petitioner Anes Subasic ("petitioner") relating to his Presentence Investigation Report with Addendum ("PSR") (D.E. 2089) (17 Aug. 2012). He contends that a copy of the PSR he reviewed at the facility at which he is incarcerated states that he is a "Muslim of Islamic religion." Mot. 1. He seeks an order providing the Federal Bureau of Prisons a PSR with corrected information on his religion or, in the alternative, informing him how to seek correction of this purported error, "among others," in his PSR. *Id.* at 2.

The PSR, as issued by the United States Probation Office, does not state that petitioner is a Muslim of the Islamic religion. Further, petitioner was sentenced in August 2012. *See* Minute Entry for 24 Aug. 2012 (D.E. 2109); Tr. of 24 Aug. 2012 Sent. Hrg. (D.E. 2179). The deadline for objections to the PSR has long since passed. Prior to the deadline, however, petitioner had ample opportunity to object to the PSR, and he took full advantage of it. He submitted objections to it spanning 161 pages. *See* Pet.'s Obj'ns to PSR (D.E. 2087); Ltr. from Pet. to Clerk re Obj'ns (D.E. 2086) (forwarding compact disc with obj'ns); PSR 25-31. To the extent that petitioner is concerned that prison officials may not be aware of his actual religious affiliation, he presumably can simply provide them the correct information. If he wishes to pursue correction of the alleged

inaccuracy in the prison's records relating to his religious affiliation, he should confer with the appropriate officials there about any procedures it has available for seeking the correction.

Petitioner having failed to show that he is entitled to any relief on his motion (D.E. 2252), it is DENIED.

SO ORDERED, this 13th day of November 2017.

James E. Gates
United States Magistrate Judge