IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
5:09-CR-216-FL-3

| | |
|---|---|
| ANES SUBASIC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

This case comes before the court on the motion (D.E. 2253) by pro se petitioner Anes Subasic ("petitioner") requesting a copy of the completed statement of reasons form (D.E. 2118), filed under seal, relating to the judgment (D.E. 2117) against him. The court had previously provided petitioner a certified copy of the statement of reasons. *See* 28 Aug. 2012 Nonpublic Staff Note re Service of J. & Stmt. of Reasons on Pet. Petitioner's motion for an additional copy is ALLOWED. *See United States v. Owle*, Crim. No. 2:08cr21-2, 2009 WL 3112148, at *1 (W.D.N.C. 23 Sept. 2009) (allowing motion by pro se defendant for copy of statement of reasons relating to judgment against him); *United States v. Ross*, Crim. No. 1:07cr117, 2009 WL 971733, at *1 (W.D.N.C. 9 Apr. 2009) (same). The Clerk is DIRECTED to mail to petitioner a certified copy of the statement of reasons herein (D.E. 2118), along with a certified copy of this order.

This 13th day of November 2017.

James E. Gates
United States Magistrate Judge